NOT FOR PUBLICATION                                             CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIEGO FRANCISCO SALCEDO, JR., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CITY OF HOBOKEN, NJ, et al., : <br> : <br> Defendants. : | Civil Action No. 06-1015 (JAP) <br><br> **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on October 9, 2007; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown, **IT IS**

**ON** this 24th day of October, 2007,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on October 9, 2007, recommending that Plaintiff's complaint be dismissed with prejudice is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice.

Accordingly, this case is **CLOSED**.

**SO ORDERED.**

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.

Orig:   Clerk
cc:     All parties, File